TODD A. DUPLANTY (SBN 211707)
tduplanty@selmanlaw.com
SELMAN BREITMAN LLP
33 New Montgomery, Sixth Floor
San Francisco, CA 94105-4537
Telephone: (415) 979-0400
Facsimile: (415) 979-2099

Attorneys for Plaintiffs
EDWARD ROTSTEIN, an individual, and TERRAFUSION INTERNATIONAL, INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| EDWARD ROTSTEIN, an individual, and TERRAFUSION INTERNATIONAL, INC., | Case No. 3:15-cv-02993-RS |
|---|---|
| Plaintiff, | **CERTIFICATION OF INTERESTED ENTITIES OR PERSONS BY PLAINTIFFS EDWARD ROTSTEIN AND TERRAFUSION INTERNATIONAL, INC.** |
| v. | |
| TERRAFUSION, INC., and DOES 1010, inclusive, | Judge:   Hon. Richard Seeborg |
| Defendants. | |

///

///

///

///

///

///

///

///

///

///

1

Pursuant to Civil Local Rule 3-16, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

Pursuant to Civil L.R. 3-16, the undersigned certifies that as of this date, other than the named parties, Surtec, Inc. may have a non-financial interest in the subject matter as it is the manufacturer of the product at issue.

DATED: September 17, 2015         SELMAN BREITMAN LLP

By:  _____/s/ Todd A. Duplanty_____

TODD A. DUPLANTY

Attorneys for Plaintiffs
EDWARD ROTSTEIN, an individual, and
TERRAFUSION INTERNATIONAL, INC.