UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRAFUSION INTERNATIONAL, INC., et al., <br><br> Plaintiffs, <br><br> v. <br><br> TERRAFUSION, INC., et al., <br><br> Defendants. | Case No. 15-cv-02993-RS <br><br> **ORDER DENYING MOTION FOR ADMINISTRATIVE RELIEF** |

Plaintiffs Edward Rotstein and Terrafusion International, Inc. request leave to file three separate motions for summary judgment or partial summary judgment addressing three different legal issues. As Plaintiffs note, the Case Management Scheduling Order limits each party to one motion for summary judgment. Plaintiffs conclude that because there are two of them (an individual and a company), they are permitted to file jointly two motions for summary judgment. Not so. Each plaintiff is entitled to bring only one motion. The arguments that Plaintiffs intend to advance appear to apply equally to both of them. Thus, Plaintiffs' request is essentially a request to exceed page limitations. Plaintiffs have not, at this point, provided sufficient justification for exceeding page limitations. Their request for relief is thus denied. Nevertheless, Plaintiffs are welcome to divide their motion for summary judgment into three parts, so as to present each set of issues discretely. They are also encouraged to consider whether the motions listed in their request are properly brought as motions for summary judgment or might instead be brought as some other type of motion.

1   **IT IS SO ORDERED**.

3   Dated: October 27, 2016

_____
RICHARD SEEBORG
United States District Judge