UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

TERRAFUSION INTERNATIONAL, INC., et al.,

Plaintiffs,

v.

TERRAFUSION, INC., et al.,

Defendants.

Case No. 15-cv-02993-RS

**ORDER GRANTING REQUEST TO SHORTEN TIME AND DENYING REQUEST FOR IMMEDIATE WITHDRAWAL AS COUNSEL**

Zvi Silver asks to be immediately relieved as counsel for Defendants. Alternatively, he requests an order shortening time, so his motion to withdraw as counsel may be heard sooner. The request for immediate relief is denied, as a hearing is appropriate under the circumstances and Defendants have not yet retained new counsel. *See United States v. High Country Broad. Co.*, 3 F.3d 1244, 1245 (9th Cir. 1993) ("A corporation may appear in federal court only through licensed counsel."). Silver's alternate request for an order shortening time is granted. The motion to withdraw currently set for hearing on December 29, 2016 shall be heard on December 15, 2016. Plaintiffs' opposition brief, if any, shall be filed by December 7, 2016 and Silver's reply shall be filed by December 12, 2016. In addition, Mark Cukier is ordered to appear in person on December 15, 2016 or show cause why his appearance should be excused.

**IT IS SO ORDERED**.

Dated: November 15, 2016

_____
RICHARD SEEBORG
United States District Judge