UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

TERRAFUSION INTERNATIONAL, INC., et al.,

    Plaintiffs,

  v.

TERRAFUSION, INC., et al.,

    Defendants.

Case No. 15-cv-02993-RS

**ORDER STRIKING ANSWER FILED BY MARK CUKIER**

On February 9, 2017, the Court received a document from Mark Cukier entitled "Answers for the Purpose of Defending Mark Cukier and Demanding Trial By Jury." In that document, Mr. Cukier purports to "deny each and every allegation in the complaint brought against [him]." Mr. Cukier, however, is not named in the complaint. Moreover, Defendants answered the complaint more than one and a half years ago and the time to file an answer has long passed. *See* Fed. R. Civ. P. 12. In any event, the defendants named in the complaint are corporate entities and, as the Court has now made abundantly clear, Mr. Cukier may not represent them. *See* Dkt. No. 44 (citing *United States v. High Country Broad. Co.*, 3 F.3d 1244, 1245 (9th Cir. 1993) ("A corporation may appear in federal court only through licensed counsel."); Dkt. No. 51 (same); Dkt. No. 55 (same). Accordingly, Mr. Cukier's "Answer" is hereby stricken. Pursuant to the order granting Zvi Silver's motion to withdraw as counsel, Mr. Silver is directed to forward this order to Defendants.

**IT IS SO ORDERED**.

Dated: February 9, 2017

_____
RICHARD SEEBORG
United States District Judge