United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

TERRAFUSION INTERNATIONAL, INC., et al.,

   Plaintiffs,

   v.

TERRAFUSION, INC., et al.,

   Defendants.

Case No. 15-cv-02993-RS

**ORDER OF JUDGMENT**

Pursuant to the order on plaintiffs' motion for default judgment, judgment is hereby entered in favor of plaintiffs and against Terrafusion Inc., MCCP Inc., and MCC Partners NY LLC in the amount of $70,000.

**IT IS SO ORDERED**.

Dated: May 31, 2017

RICHARD SEEBORG
United States District Judge